Mark Block (SBN 115457)
mblock@wargofrench.com
Christina Goebelsmann (SBN 273379)
cgoebelsmann@wargofrench.com
WARGO & FRENCH LLP
1888 Century Park East, Suite 1520
Los Angeles, California 90067
Phone:  310-853-6300
Facsimile: 310-853-6333

Attorneys for Defendant
J.P. Morgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN B. HOANG AND DANIEL X. HOANG,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; AND DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No. 5:11-cv-06364-EJD<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT J.P. MORGAN CHASE BANK, N.A.'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING RE: MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**<br><br>Motion to Dismiss<br>**Date: November 9, 2012**<br>**Time: 9:00 a.m.**<br>**Ctrm.: 4**<br><br>Case Management Conference<br>**Date: November 9, 2012**<br>**Time: 10:00 a.m.**<br>**Ctrm.: 4**<br><br>**Judge: Hon. Edward J. Davila** |

1  Having read Defendant J.P. Morgan Chase Bank N.A. ("Chase")'s request to
2  appear telephonically and good cause showing, the Court grants Chase's request to
3  appear telephonically at hearing on the Motion to Dismiss the First Amended
4  Complaint set for November 9, 2012 at 9:00 a.m. and the Case Management
5  Conference set for November 9, 2012 at 10:00 a.m.., before the Honorable Judge
6  Edward Davila.
7     Counsel shall arrange for a telephonic appearance through CourtCall.
8  **IT IS SO ORDERED.**

10  Dated: October 25, 2012

                                                Hon. Edward J. Davila
                                                United States District Judge

Law Offices
**Wargo & French LLP**
1888 Century Park East, Suite 1520
Los Angeles, California 90067
Phone: 310-853-6300