Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Gloria Gallardo, et al.,<br><br>Defendant. | CASE NO. 5:12-cv-02226-EJD<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GLORIA GALLARDO d/b/a PANCHO VILLA RESTAURANT |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant GLORIA GALLARDO, individually and d/b/a PANCHO VILLA RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against GLORIA GALLARDO, individually and d/b/a PANCHO VILLA RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by May 20, 2013, the dismissal shall be deemed to be **with prejudice.**

///
///
///
///
///

STIPULATION OF DISMISSAL
PAGE 1

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

6  Dated: October 31, 2012

   LAW OFFICES OF THOMAS P. RILEY, P.C.
7  By: Thomas P. Riley
8  Attorneys for Plaintiff
   J & J SPORTS PRODUCTIONS, INC.

12  Dated:          Gloria Gallardo
    **GLORIA GALLARDO**
13  Individually and d/b/a Pancho Villa Restaurant

23  **IT IS SO ORDERED:**   The Clerk shall close this file.

26  _____   Dated: 11/21/2012
    The Honorable Edward J. Davila
27  United States District Court
    Northern District of California

STIPULATION OF DISMISSAL
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On October 31, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GLORIA GALLARDO d/b/a PANCHO VILLA RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ms. Gloria Gallardo           (Defendant)
2015 North Main Street
Salinas, CA 93906

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 31, 2012 at South Pasadena, California.

Dated: October 31, 2012                    _____
                                            **LYDIANN BETZER**