Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**



IT IS SO ORDERED
Judge Edward J. Davila
9/4/2013

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** <br><br> Plaintiff, <br><br> vs. <br><br> **GLORIA GALLARDO,** <br><br> Defendant. | Case No. 5:12-cv-02226-EJD <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendant: GLORIA GALLARDO, individually and d/b/a PANCHO VILLA RESTAURANT and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).

Dated:  September 3, 2013        *s/ Thomas P. Riley*
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                                 By:  Thomas P. Riley
                                 Attorneys for Plaintiff
                                 J & J Sports Productions, Inc.